**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **MONICA BLAKE-BEASLEY** | ) | |
| | ) | |
| ***Plaintiff*,** | ) | **Civil Action No: 4:26-cv-00053** |
| | ) | |
| **v.** | ) | **Judge Collier** |
| | ) | |
| | ) | **JURY DEMAND** |
| **CATHERINE STEPHENS,** | ) | |
| | ) | |
| **Et al.,** | ) | |
| | ) | |
| ***Defendants.*** | ) | |

---

**FIRST AMENDED COMPLAINT**

---

1. Plaintiff Monica Blake-Beasley ("Dr. Blake-Beasley") brings this action alleging that Defendants have violated Plaintiff's federally protected rights by retaliating against her in her role as a public school teacher for expressing her political speech in a purely personal capacity, and by discriminating against her on the basis of race. Plaintiff brings claims pursuant to 42 U.S.C. § 1983, Titles VI and VII of the Civil Rights Act of 1964. Plaintiff seeks damages and injunctive relief against Defendants for these violations of Plaintiff's federally-protected rights.

## PARTIES

2. **Plaintiff Monica Blake-Beasley ("Dr. Blake-Beasley")** is an adult resident of Coffee County, Tennessee.

3. **Defendant Tullahoma City Schools ("TCS")** is the municipal county-level governmental entity responsible for administering childhood public education in the City of Tullahoma, Tennessee. It is located in Coffee

County, Tennessee.

4. **Defendant Catherine Stephens ("Superintendent Stephens")** was the Superintendent of Tullahoma City Schools until her recent retirement in June 2026. On information and belief, Superintendent Stephens resides in Coffee County, Tennessee.

5. **Defendant City of Tullahoma ("Tullahoma")** is the local municipal government for Tullahoma, Tennessee.

6. **Defendant Sergeant Zach Weaver ("Sergeant Weaver")** is a Sergeant with the Tullahoma Police Department.

## JURISDICTION AND VENUE

7. This Court has federal question jurisdiction over the federal claims in this matter pursuant to 28 U.S.C. § 1331. Venue lies in this district pursuant to 28 U.S.C. § 1391(b)(2) because Defendants reside in this district and the events at issue in this lawsuit occurred in this district.

## FACTUAL BACKGROUND

### a. Background

8. Plaintiff Dr. Blake-Beasley is a professional public school teacher, a wife, and a mother.

9. Dr. Blake-Beasley has been a teacher for seven years.

10. Dr. Blake-Beasley attended and graduated from Tullahoma High School where she now teaches.

11. Dr. Blake-Beasley worked for Metro Nashville Government for fifteen years as a

Metro Nashville Police Department officer.

12. In 2012, Dr. Blake-Beasley earned her Master's Degree in Special Education from Lipscomb University.
13. In 2023, Dr. Blake-Beasley earned her Doctorate degree in Professional Practice from Trevecca University.
14. Dr. Blake-Beasley started with TCS in the fall of 2020, and was assigned to teach Criminal Justice at Tullahoma High School.
15. Dr. Blake-Beasley works hard to give her students the teaching and support they need. Her students notice these efforts, and appreciate them.
16. Dr. Blake Beasley's daughter graduated from Tullahoma High School in 2025.
17. Dr. Blake-Beasley has two twin sons who attend Tullahoma High School.
18. Dr. Blake-Beasley has strong ties and dedication to Tullahoma High School as she herself graduated from there, her daughter graduated from there, and her two sons are currently enrolled there.

## B. The School Shooting Crisis in this Country

19. For the past several decades, especially after the Columbine massacre in 1999, this country has endured numerous mass shootings at elementary, middle, and high schools across the country. Columbine, Sandy Hook, Uvalde, Parkland – the ever-growing list of mass school shootings goes on and on, at this point reportedly having reached a total of 111 such shootings over the past several decades.[1]
20. Many schoolchildren, staff, and faculty have been killed or seriously injured in

these massacres, leaving communities traumatized and rendering what should be a safe place for both teachers and students – public schools – fraught with peril.

21. Because of the ongoing reality of these shootings, teachers and children alike must be trained and prepared for the possibility of an active shooter threat.

22. These school shootings have been a catalyst for making proposals about gun control one of the most contentious political issues in the country, pitting those in favor of tighter gun restrictions – which they believe would make the country safer – against those who favor little or no firearm restrictions – which they believe is fundamental to civil liberties.

23. This contentious political issue has played out, and continues to play out, countless times in the media, at the polls, in the halls of Congress, from the mouths of Presidents, in the state legislative and executive branches, and in the courts.

24. One such participant in this "hot button" political issue was the late conservative activist known as Charlie Kirk.

### C. Conservative Activist Charlie Kirk

25. The late Mr. Charlie Kirk was a well-known conservative activist.

26. Mr. Kirk founded the political organization "Turning Point USA" for the purpose of furthering his political, moral, and religious ideological beliefs.

27. Mr. Kirk, who was 31-years-old at the time of his recent death, became a major political force in relation to youth voters.

28. Mr. Kirk often debated college students on campuses, in public exhibitions

designed to defeat and humiliate those young adults whose views differed from his own.

29. Turning Point USA swiftly became a multi-million dollar organization, with significant political clout.

30. Mr. Kirk maintained a frenetic messaging pace through the Turning Point podcast, Mr. Kirk's own social media accounts, his college and other public appearances, and the similar efforts of his subordinates.

31. Charlie Kirk and Donald Trump became friends and political allies, with Mr. Kirk supporting Mr. Trump and working hard to enhance his appeal to younger voters.

32. Mr. Kirk played a significant role in helping Donald Trump win the 2024 election, by boosting the appeal of Trump, the MAGA movement, and conservatism generally with younger voters.

33. Mr. Kirk espoused many "hard core" conservative political views considered to be radical in this country, terrifying and infuriating many Americans – particularly women, black people, and other people of color, with much of Kirk's commentary centering on each of these demographic groups.

**D. Charlie Kirk's Position on School Shootings**

34. March 27, 2023, a shooter attacked Nashville's Covenant school, a Presbyterian parochial elementary school. The attacker shot and killed three 9-year-old schoolchildren and three adults before Metro Nashville Police Department officers were able to shoot and kill him.

35. One week after the Covenant shooting, Charlie Kirk made a recorded statement in a

public forum that, “You will never live in a society whe[re] you have an armed citizenry and you won’t have a single gun death. That is nonsense. It is drivel.”

36. Kirk continued, “I think it’s worth it. I think it’s worth it to have a cost of, unfortunately, some gun deaths every single year so that we can have the Second Amendment to protect our other God-given rights.”

37. Kirk did not elaborate on what “rights” he believed that God gave us, or to what extent said “God-given rights” correspond with the rights recognized in the U.S. Constitution.

38. Regarding the “cost” of annual shooting deaths, Kirk continued, “That is a prudent deal. It is rational.”

39. Kirk then claimed that it would be “simple” to reduce school shooting deaths, and that all that would be required is to place armed guards in front of schools.

40. As “proof” for this proposition, Kirk claimed that baseball games, airports and banks do not experience shootings because there are – according to Kirk – armed guards in front of baseball games, airports, and banks.

41. Mr. Kirk did not address in this statement whether he would be willing to sacrifice himself, his wife, or his own children for the sake of his “prudent, rational deal.” Presumably, however, Kirk’s “rational” calculus would have likewise considered his and his family’s lives to be expendable for the sake of his cherished political goal of maintaining an “armed citizenry.”

42. On another occasion in which he spoke on the topic of gun control, Kirk once again scoffed at the idea of sacrificing any freedom at all for safety. Kirk stated, “Gun control, like vaccines and masks, is focused on making people feel ‘safe’ by taking freedoms away from others. Don’t fall for it.”

## E. Charlie Kirk's position on Martin Luther King, Jr.

43. Martin Luther King, Jr. ("Martin Luther King") was a racial and economic justice advocate who served as one of the primary leaders during the Civil Rights Movement of the 1960's.

44. In 1968, Martin Luther King was assassinated. The assassin, a white man named James Earl Ray, shot and killed Martin Luther King with a gun.

45. While Martin Luther King was a very controversial figure during his life, in the years after his death he was widely credited with having served a major role in improving racial justice in America. In 1983, then-President Ronald Reagan – a conservative Republican – signed into law a bill establishing the third Monday in January each year as "Martin Luther King Day," a federal holiday.

46. In December 2023, at a Turning Point, USA convention entitled "America Fest," Mr. Kirk publicly declared, "MLK was awful. He's not a good person."

47. In January 2024, during the week before Martin Luther King day, Mr. Kirk declared on his podcast that, "We'll be hitting [MLK] next week."

48. As promised, on January 15, 2024 – the anniversary of Martin Luther King's birthday, and the date in 2024 on which the federal Martin Luther King Day holiday was celebrated – Mr. Kirk published several social media statements deriding Martin Luther King and his legacy.

## F. Charlie Kirk's position on the role of women in society

49. Charlie Kirk often spoke publicly regarding his beliefs about the roles of men and women in society, taking the explicit position that women's proper role is to get married, submit to their husbands, have children, and raise children rather than to

pursue careers.

50. Speaking before an audience of high schoolers, Charlie Kirk advocated that high school girls should attend college primarily to seek an "MRS" degree, and that women should treat "learning some stuff" as essentially an afterthought.

51. Kirk publicly urged women to "submit to a Godly man when [they] meet one."

52. As reported in public media, one of Kirk's favorite Bible verses was Timothy 2:12, which states, "I do not permit a woman to teach or to exercise authority over a man; she is to remain quiet."

53. Kirk also publicly stated that young men need "strong men" as teachers, because young men do not like taking orders from women and can only respect "strong men."

54. In August 2025, Kirk commented on his Charlie Kirk Show podcast about the news that singer Taylor Swift, a self-made billionaire who leads an entertainment business empire, had gotten engaged to Travis Kelce, a very skillful football player.

55. From his podcast pulpit, Kirk ordered Swift to "Submit to your husband, Taylor" and told her, "You're not in charge."

56. Kirk then laughed, and declared that "most importantly" Swift had to change her last name to Kelce, or she didn't "really mean it."

**G. Charlie Kirk's expressed belief that black people are undeserving of their positions**

57. In 2021, Mr. Kirk referred to George Floyd as a "scumbag" who wasn't worthy of the attention he received when Mr. Floyd's death by choking at the hands of police officers triggered a nationwide re-evaluation of policing and racial justice in this country.

58. In July 2023, Kirk publicly denigrated several prominent black female leaders –

including Supreme Court Justice Ketanji Brown Jackson, former First Lady and attorney Michelle Obama, author and TV host Joy Reid, and U.S Congressperson and attorney Sheila Jackson Lee.

59. From the comfort of his Charlie Kirk Show podcast, Kirk told these esteemed members of society, all of whom have accomplished far more academically than Kirk himself ever did, that “You do not have the brain processing power to otherwise be taken really seriously. You had to go steal a white person’s slot to go be taken somewhat seriously.”

60. In January 2024, Kirk publicly stated on the Charlie Kirk Show that if he saw a black airline pilot “I’m going to be like boy, I hope he’s qualified.”

### H. Charlie Kirk’s position on the First Amendment

61. An avowed constitutionalist, Charlie Kirk consistently expressed his strong belief in and support for the right to freedom of speech, protected by the First Amendment.

62. In 2024, Kirk posted on the social media platform the following quote: “Hate speech does not exist legally in America. There’s ugly speech. There’s gross speech. There’s evil speech. And all of it is protected by the First Amendment.”

63. In June 2025, while participating in a debate at Oxford University,[1] Kirk denounced the arrest of British citizen Lucy Connelly for a post she had made on “X.”

64. Connelly’s X post had called for, “Mass deportations now, set fire to all the fucking hotels full of the bastards for all I care… if that makes me racist, so be it.”

65. Kirk asserted that Connelly’s arrest was an affront to civil liberties, declaring,

[1] https://www.youtube.com/watch?v=xnqSNEiLTeY.

"That is not a free speech value at all. You should be allowed to say outrageous things. You should be allowed to say contrarian things. Free speech is a birthright…."

66. Kirk continued with a sweeping declaration that citizens have a moral obligation to advocate for a "value neutral free speech policy," and that such a policy is the "bedrock of a liberal democracy."

## I. Charlie Kirk's Shooting Death

67. On September 10, 2025, Charlie Kirk was shot and murdered while speaking at a college campus in Utah.

68. Charlie Kirk's shooting death immediately became a topic of great political relevance, as it once again highlighted the question of whether Kirk's allegedly "rational, prudent deal" of accepting numerous shootings each year in order to enjoy the alleged benefits of having an "armed citizenry" is "worth it."

69. President Trump ordered flags flown at half-staff in recognition of Mr. Kirk's death.

70. The news of the killing, theories about the suspect and his motives, reactions to the killing and discussion of Mr. Kirk's views dominated the news and social media.

71. As Mr. Kirk was much beloved by the "Make America Great Again" ("MAGA") movement, Mr. Kirk's murder triggered expressions of outrage and condemnation from millions of MAGA-aligned Americans.

72. Likewise, numerous MAGA-aligned public officials and politicians have sanctimoniously grandstanded their judgment and condemnation of anyone who dares to make negative comments regarding Charlie Kirk's political views, or

otherwise denigrate MAGA's fallen hero.

73. In contrast, across the United States many with more progressive political views have expressed negative views of Charlie Kirk's values and rhetoric, particularly with regard to Mr. Kirk's stance on school shootings, his perceived racism, and his perceived sexism.

74. Several such critics have pointed out the irony of Mr. Kirk falling victim to his own allegedly "rational, prudent deal" that, according to Kirk, is "worth it."

75. Several of the people who have made public negative comments about Mr. Kirk's political views have been teachers.

76. In response to these critiques, MAGA-controlled school boards across the country have been punishing teachers who dare speak ill of Mr. Kirk by subjecting them to disciplinary sanctions or, in many cases, even termination.

77. President Donald Trump's administration itself has endorsed using the power of the government to punish speech.

78. On September 15, 2025, on the globally published Katie Miller Podcast, Attorney General Pam Bondi declared, "There's free speech, and then there's hate speech, and there is no place, especially now, especially after what happened to Charlie in our society," she said, adding: "We will absolutely target you, go after you, if you are targeting anyone with hate speech, anything, and that's across the aisle."

79. Also on September 15, 2025, Vice President JD Vance guest hosted The Charlie Kirk Show, another globally publicized podcast. While hosting the podcast, Vance declared, "When you see someone celebrating Charlie's murder, call them out. And hell, call their employer."

**J. Dr. Blake-Beasley's Social Media Activity concerning Mr. Kirk's death**

80. Over the years, Dr. Blake-Beasley followed Mr. Kirk's activist career.

81. Dr. Blake-Beasley found Mr. Kirk's public political comments terrifying and infuriating on a wide array of issues – particularly Kirk's comments on school shootings and the role of women in society.

82. Dr. Blake-Beasley was especially terrified by Kirk's espoused belief that it is appropriate, "prudent," and "rational" to sacrifice teachers – such as Dr. Blake-Beasley – and students – such as Dr. Blake-Beasley's students, and Dr. Blake-Beasley's children – for the sake of having an "armed citizenry."

83. Dr. Blake-Beasley has a disclaimer on her Facebook profile which was there at the time of the incident, and it reads: "The content on my page is largely derived from personal experiences. My views are mine, & mine alone."

84. On September 10, 2025, while Dr. Blake-Beasley was at home, off work, and on personal time, she "hearted"[2] another person's "post"[3] on her personal Facebook account from her personal electronic device satirizing Mr. Kirk's political position:

[2] "Hearting" a post on Facebook is a way of interacting with another person's post in a way of showing appreciation, or approval for the content.

[3] A Facebook post is a piece of digital content that a user shares on their Facebook account.

Charlie Kirk was a racist, xenophobic, transphobic, islamophobic, sexist, white nationalist mouthpiece who made millions of dollars inciting hatred in this country.

Whether it was his genocide denial, his transphobic tirades, his pushing for mass deportations, or his normalizing Trumpism for years, the man stood for nothing but hate.

I extend absolutely no empathy for people like that.

In this situation, my empathy is reserved for his children. May they grow up to live in a country that is the total opposite of everything their father envisioned.

May all of our children grow up to live in a country that values their lives enough to take gun violence seriously and reject any person who would try to justify senseless gun-related deaths – especially the deaths of children.

85. Dr. Blake-Beasley "hearted" this Facebook post.

86. Dr. Blake-Beasley's Facebook page was set to "private," and not accessible to anyone other than her approved "friends."

87. Dr. Blake-Beasley adheres to a personal policy of not allowing current TCS students to follow her on Facebook, and none did.

88. Dr. Blake-Beasley also responded to a comment that read "Thoughts & Prayers," by

sharing a "meme"[4].

89. The "meme" featured a live turkey walking toward an oven, which inside was an already-cooked turkey. It included the caption "FAFO", which stands for "F*** Around and Find Out".




[4] A relatable image, video, text, or catchphrase that is copied and shared online.


FAFO

**K. The MAGA outrage in reaction to Dr. Blake-Beasley's social media activity**

90. On information and belief, someone noticed that Dr. Blake-Beasley had "hearted" the Facebook post about Kirk, and reposted it with the comment that, "It's time to make [Dr. Blake-Beasley] famous!!"




91. The repost was reshared by several third parties, and ultimately brought Dr. Blake-Beasley's "hearting" and meme to the attention of several TCS School Members and community members.

92. On September 12, 2025, Former Tullahoma Alderman, Jenna Amacher ("Dr.

Amacher"), posted a video on social media criticizing Dr. Blake-Beasley's "hearting" and meme.

93. Dr. Amacher posted a video accusing Dr. Blake-Beasley of celebrating the death of Charlie Kirk, after the Facebook "hearted" comment and "meme" were circulating social media.

94. Dr. Amacher encouraged the citizens of Tullahoma City to protest the next school board meeting insisting that Dr. Blake-Beasley needs to be held accountable for her conduct.

95. Dr. Amacher used hashtags[5] like "#TurningpointTullahoma" in her videos about Dr. Blake-Beasley's conduct.

96. Dr. Amacher urged citizens to protest Dr. Blake-Beasley for her Facebook comments, and also because for being a "liberal" teacher who had a "Pride" flag in her classroom.

97. In the wake of these posts Dr. Blake-Beasley started being harassed online, receiving numerous private messages and threats.

98. On September 14, 2025, Dr. Blake-Beasley went to the Tullahoma Police Department in person to file a police report because the harassment and threats had become continuous.

99. Dr. Blake-Beasley talked to Sergeant Zach Weaver ("Sergeant Weaver") who agreed that she was being harassed and asked Dr. Blake-Beasley to email the screenshots of the messages she had been receiving, as well as screenshots of Dr. Amacher's posts.

100. Sergeant Weaver gave Dr. Blake-Beasley a report number and told Dr. Blake-

[5] A hashtag on social media is used to find posts about the same topic.

Beasley that she could get a copy of the report within two business days.

101. Later that same day, September 14, 2025, Dr. Blake-Beasley emailed Sergeant Zach Weaver the information he had asked for.

102. The next day, September 15, 2025, Dr. Blake-Beasley was still being harassed and receiving messages from unknown individuals. So, she returned to the police station.

103. When Dr. Blake-Beasley returned to the police station, she was told that the officers had been called out to a critical incident so they would come to her house later that night to take her report.

104. Late that same night, at 11:28 P.M, two TPD officers showed up at Dr. Blake-Beasley's house.

105. One of the officers was identified as Officer Vincent Cooley ("Officer Cooley"). The other officer was not identified.

106. The officers took Dr. Blake-Beasley's statement concerning the ongoing harassment, as well as additional information about Dr. Amacher's activities.

107. The officers then said that it sounded like a harassment case, but they would verify the first report from the previous day to be sure.

108. The officers then gave Dr. Blake-Beasley a new report number, different from the one she had initially received the previous day.

109. On September 16, 2025, Dr. Blake-Beasley's principal, Dr. English, went to Dr. Blake-Beasley's classroom and met with her to discuss her social media activity.

110. During this discussion Dr. Blake-Beasley provided examples of multiple times when colleagues from Tullahoma City School had made posts and comments in their personal capacity, outside of school, and on their personal

devices with similar language and received no repercussions from the school.

111. That same day, September 16, 2025, TCS published a statement to the radio station at Thunder Radio. The statement read:

> TCS is aware of concerns in the community about a social media post made by one of our teachers regarding the assassination of Charlie Kirk. First, TCS strongly condemns this act of violence and rejects any attempt to downplay this event.
>
> Additionally, TCS believes all discussions, even on difficult topics, should be respectful and peaceful. The teacher's post was made in her personal capacity, not as a representative of TCS. Still, we understand that there are questions about professionalism.
>
> Please know that TCS takes the professionalism of our educators very seriously. We are reviewing this matter according to the law and school board policies. Because this involves a personnel issue, we are unable to make any further comments.

112. Also on September 16, 2025, Dr. Blake-Beasley received a message from TPD investigator, Jessica Taylor ("Investigator Taylor"), asking if they could meet to discuss the reports that she had attempted to file.

113. On September 17, 2025, Dr. Blake-Beasley met with Investigator Taylor at Dr. Blake-Beasley's house.

114. Investigator Taylor agreed that the videos and messages Dr. Blake-Beasley was receiving were harassing. and expressed that she understood how Dr. Blake-Beasley perceived them to be threatening.

115. Investigator Taylor disclosed to Dr. Blake-Beasley that someone at TPD was failing to file the reports she had attempted to make on September 14th and 15th.

116. Investigator Taylor informed Dr. Blake-Beasley that reports have been made for much less.

117. Investigator Taylor disclosed to Dr. Blake-Beasley that she believed the reports

were not being taken because of Dr. Blake-Beasley's race, because she is black.

118. On September 22, 2025, Dr. Blake-Beasley received an official Letter of Reprimand from TCS Superintendent Stephens. (Ex A, Reprimand).

119. The reprimand disapproved of Dr. Blake-Beasley's "hearted" reaction and "meme" comment.

120. The reprimand scrutinized Dr. Blake-Beasley for the "vulgar" language in the "meme" she commented that read, "FAFO".

121. The reprimand acknowledged Dr. Blake-Beasley's First Amendment right of political expression, but nonetheless reprimanded her for social media activity which was conducted in her personal capacity regarding matters of public concern.

122. On September 23, 2025, there was a TCS school board meeting.

123. During the meeting, the TCS attorney read the reprimand in full.

124. TCS Board then opened the floor to anyone who wished to publicly comment.

125. Numerous comments made during this meeting were negative, inflammatory, and defaming for Dr. Blake-Beasley.

126. On September 25, 2025, Thunder Radio published an article about Dr. Blake-Beasley's reprimand.[6]

127. The post was also shared with Tullahoma News, which then ran an article of the reprimand.[7]

128. The reprimand pointed Dr. Blake-Beasley to Board Policy No. 4.406, stating, "District staff who have a presence on social networking websites are

---

[6] https://thunder1320.com/tullahoma-high-school-teacher-to-receive-formal-reprimand-for-unprofessional-facebook-comment/

[7] https://www.tullahomanews.com/archives/2025/09/25/ths-teacher-reprimanded-for-online-posts/.

prohibited from posting data, documents, photographs, or inappropriate information that is likely to create a material and substantial disruption of classroom activity."

129. Dr. Blake-Beasley was not sharing any of the material listed in Board Policy No. 4.406.

130. It was established that the comments that Dr. Blake-Beasley shared did not impact her ability to command the respect of her student's or her fitness to teach.

131. Under the analysis section of the reprimand, it was found that in the case of Dr. Blake-Beasley, her comments did not have an impact on the overall school environment.

132. Dr. Blake-Beasley responded to the reprimand on October 1, 2025. (Ex. B, Response).

133. Dr. Blake-Beasley addressed that she did not type out the words "F*** around and find out." Rather, she posted a "meme" that included the acronym "FAFO."

134. Dr. Blake-Beasley clarified that in her meeting with the Superintendent she had not, in fact, characterized her off duty, personal expression "meme" as "vulgar" or "grossly unprofessional," but rather as "colloquially blunt."

135. Dr. Blake-Beasley further emphasized that while she agreed that using a meme such as that one would be inappropriate in a *classroom* setting, she had never agreed that it was unprofessional to use it in a personal post.

136. Dr. Blake-Beasley offered insight into her frustration of the school shootings that happen nationwide and how the "hearted" post and "meme"

were used by her as a form of critical reflection on her personal social media.

137. Dr. Blake-Beasley addressed that on the date she shared the “meme”, both a school-shooting and political assassination occurred.

138. Dr. Blake-Beasley explained that the phrase “Thoughts and Prayers” has repeatedly been used in response to gun violence in this country in lieu of implementing substantive reforms to reduce gun violence, and she expressed her frustration with the inaction that the term connotes.

139. Notwithstanding Dr. Blake-Beasley’s response and objections, TCS maintained the decision to formally reprimand her for her personal social media activity concerning these matters of public concern.

### L. Backlash for Dr. Blake-Beasley’s “Pride” flag Display

140. In the wake of the public uproar concerning her Charlie Kirk-related social media activity, Dr. Blake-Beasley began suddenly facing backlash and harassment for having a “Pride” flag in her classroom.

141. Prior to these events, Dr. Blake-Beasley had displayed a Pride flag in her classroom for five years without receiving any comment or backlash.

142. Former Tullahoma Alderman Daniel Berry (“Mr. Berry”), started a Facebook page entitled “Tullahoma Unfiltered”, with which he initiated a smear campaign against Dr. Blake-Beasley.

143. This caused the public to once again, harass Dr. Blake-Beasley online.

144. Although the public harassment caused Dr. Blake-Beasley to feel harassed and afraid, she did not even attempt to file a police report over this because nothing had been done when she was being harassed for the Charlie Kirk comments.

145. On October 21, 2025, a TCS Board meeting was held.

146. The flag policy was not on the agenda for the TCS Board meeting.

147. However, Mr. Berry and numerous "Tullahoma Unfiltered"-associated protestors showed up to the meeting.

148. The Board opened the floor for people to make comments.

149. Numerous negative comments were once again made about Dr. Blake-Beasley.

150. A "first and final hearing" was approved to modify the TCS policy concerning flags, with the new policy banning all flag displays in classrooms except for display of the United States or Tennessee flags.

151. The swift change in policy violated TCS Board Policy 1.6000, which stated:

> A proposed policy or policy change shall be submitted to the Board as part of the agenda. The Board's approval of the proposal or return for study and/or further revision shall constitute the first reading. The proposed policy or policy amendment shall be considered at the next board meeting with the final vote following the second reading.

152. On October 22, 2025, protesters associated with "Tullahoma Unfiltered" stated that they would protest outside of the school and give them an hour to remove any flags that are not the US or state flags.

153. Protestors threatened to enter the school and remove any Pride "propaganda" they found there themselves.

154. The exterior doors closest to Dr. Blake-Beasley's classroom were sometimes left unlatched, leaving the teachers and students inside vulnerable.

155. Under the circumstances, Dr. Blake-Beasley took down her flag out of fear and due to the lack of protection from the school.

156. Following the threats to enter the school, and the calls for protest by Mr. Berry and others, the unlatched door became a grave concern for Dr. Blake-Beasley.

157. Despite multiple reports made to maintenance, assistant principal, and CTE director, as of the initial filing of this lawsuit the door has remained unfixed.

158. By failing to correct this safety hazard, TCS has left Dr. Blake-Beasley living in fear of a hostile public using the unsecured door to invade her classroom.

159. On November 5, 2025, Tullahoma High School hosted a "Turning Point USA" meeting on campus during school hours.

**M. Records Request to TPD**

160. Dr. Blake-Beasley recently submitted a records request with TDP concerning her efforts to file the report in September 2025.

161. In response to Dr. Blake-Beasley's records request, TDP provided her with body camera footage from September 15, 2025, when the two officers showed up at her house to take the second report.

162. However, the TDP records did not include any police reports.

163. But, it did include an an email dated September 1, 2026 in which the sender, Deputy Chief, Jason Kennedy, confirmed that he could not find any reports concerning Dr. Blake-Beasley during the period September 1, 2025 to the present.

164. This email Deputy Chief Kennedy also stated that there is no body camera or lobby surveillance camera footage from Dr. Blake-Beasley's September 14, 2025 meeting with Sergeant Weaver at TPD.

**N. Tullahoma City Schools' Comparative Treatment of White Employees**

165. Numerous TCS white faculty have made social media posts which either endorsed, or directly expressed, profanity, slurs, sweeping negative characterizations of

other social groups, or threats of violence toward other people without facing repercussions from TCS.

166. In 2023, a white TCS faculty member posted the following post endorsing mass murder without consequence:



167. In 2024, this same white TCS faculty member posted the following post calling for then-President Bident to be "hung" – and again suffered no consequence:



Garry Sudberry Susan Sudberry
Jan 5, 2024 ·

Fake Joe Biden should be hung for treason!!! See y'all later when I get out fakebook jail!

20 · 10 comments

Like · Share

Garry Sudberry Susan Sudberry
Jan 5, 2024 ·

They are hiding my post

> Garry Sudberry Susan Sudberry
> Jan 5, 2024 ·
>
> This crappy Biden administration is one of the worst in history. He is the most unpopular president since WW2. He is much mor... See more

13 · 8 comments

Like · Share

Garry Sudberry Susan Sudberry
Jan 5, 2024 ·

This crappy Biden administration is one of the worst in history. He is the most unpopular president since WW2. He is much more unpopular with me! Communist, crooked, corruption is all I need to say about Biden!

17 · 3 comments 1 share

168. In 2021, a white TCS faculty member posted the following post including the words “F you” without consequence:



169. Also in 2021, a different white TCS faculty member posted the following post including the word "hell" without consequence:



170. Likewise, a white TCS faculty member recently posted the following post including the word "badass" without consequence:



171. In 2024, a different white TCS faculty member posted the following post including the term "bs" without consequence:



172. Also in 2024, a white TCS faculty member posted the following post containing sweeping denigrations of the humanity and moral worth of all Democrats – again, without consequence:


Garry Sudberry Susan Sudberry
Aug 7, 2024 ·

Exactly! Pick your side.

Michael Anthony

The 2024 presidential election is now basically,

Abortion loving feminists, beta males, transgenders and pedophiles and entitled non workers VS

Strong, masculine hard working men and feminine women who basically want the peace and happiness of raising a healthy traditional family and who still believe in the American dream for themselves and their children.

Evil VS Good
Pick a side

173. Earlier in 2024, this same white TCS faculty member had posted the following post asserting that all Democrats should be "exterminated" – again, without consequence:



174. Other Tullahoma High School faculty members routinely curse at school without consequence. For instance, the Tullahoma High School football coach routinely curses while at school, on-duty, coaching the team.

175. In 2022, the then-Tullahoma High School principal said to a group of Black students, while at school and on duty in his role as principal, "I'm not one of your n*ggas. This is high school, not the streets."

176. The Principal's racist comment was brought to the attention of the TCS administration, however, the principal received no reprimand for it. Rather, the Director of Schools – Defendant Stephens – wrote glowing letters of recommendation to assist the then-principal in further advancing his career.

177. There have been multiple instances of white TCS students using racial slurs against black students without consequence.

178. Notwithstanding the October 2025 policy change, some TCS white faculty members have been permitted to continue hanging flags other than the United States or Tennessee flags in their classrooms without consequence. For instance, in the summer of 2026 a white faculty member had the following flags hanging in his classroom:




179. As of the filing of this complaint, the flags depicted in this photo still hang in this teacher's classroom.

**O. Retaliation for Dr. Blake-Beasley's highlighting of Tullahoma City Schools' Comparatively Favorable Treatment of White Employees**

180. In Dr. Blake-Beasley's October 1, 2025 response to the TCS reprimand letter, she highlighted the fact that "It is also troubling that individuals in far more senior positions within our organization have made inflammatory or politically charged public statements with no consequences – perhaps because their views align more closely with those now demanding my punishment."

181. Dr. Blake-Beasley was referring to the comparatively favorable treatment of white TCS employees, as discussed in the preceding section of this complaint.

182. On information and belief, Dr. Blake-Beasley's decision to raise the issue of the discriminatory application of TCS's "professionalism" standards to faculty's expressive choices was a motivating factor in TCS's decision to retaliate against her by prohibiting her from displaying the "Pride" flag, and by refusing to fix the unlatched exterior door

near Dr. Blake-Beasley's classroom.

**P. Dr. Blake-Beasley has exhausted administrative remedies on her Title VII claims**

183. Dr. Blake-Beasley filed an EEOC complaint concerning her Title VII claims on July 15, 2026.

184. On July 23, 2026 the EEOC closed its administrative investigation and issued a "Notice of Right to Sue" letter. (Ex. C, RTS Letter).

## CLAIMS FOR RELIEF

### COUNT I: RETALIATION FOR PRIVATE POLITICAL SPEECH

### (42 U.S.C § 1983 – FIRST AMENDMENT)
### (DEFENDANTS TULLAHOMA CITY SCHOOLS AND SUPERINTENDENT STEPHENS)

185. Plaintiff hereby reincorporates paragraphs 1 – 184 by reference.

186. Defendants have retaliated against Dr. Blake-Beasley for her social media comments about Mr. Kirk.

187. Dr. Blake-Beasley's social media post was made on her personal time, on her personal device, on her personal account, and in her private capacity.

188. Dr. Blake-Beasley's post was about matters of great public concern – shootings, gun policy, women's role in society, and the political positions taken by controversial political figure Mr. Charlie Kirk.

189. Whatever governmental needs TCS may have as a public employer, they are insufficient to justify gagging Dr. Blake-Beasley's private right to speak on these matters of great public concern.

190. Defendants' actions against Dr. Blake-Beasley would deter a person of ordinary firmness from engaging in political speech.

191. Dr. Blake-Beasley's social media comments, and the resulting republication of those comments by TCS Community Members and Dr. Amacher, are the sole bases for Defendants' Reprimand. Thus, Dr. Blake-Beasley's exercise of free speech obviously caused Defendants' adverse action.

192. Defendants have all acted under color of law in punishing Dr. Blake-Beasley for her speech.

193. As the ACLU recently put it, in response to the nationwide push to terminate

and discipline teachers for daring to criticize Mr. Kirk's political views:

> "Government officials calling for people who expressed their political views to lose their jobs or face other punishment is unconstitutional. As the Supreme Court ruled just last year in *NRA v. Vullo* – a case where a Democratic government official was pressuring businesses to not work with the NRA – government officials can't use their power to pressure third parties into silencing or punishing speech they dislike. Full stop. Employers, media companies, and even state and local officials facing such pressure should remember that the First Amendment protects them from having to give in."

194. TCS has acted at the municipal policy level in instituting these adverse actions against Dr. Blake-Beasley.

195. Superintendent Stephens personally approved the decision to reprimand Plaintiff.

196. Defendants have retaliated against Dr. Blake-Beasley for her political speech in blatant, reckless, and intentional disregard of her First Amendment rights.

197. Defendants' illegal retaliation for Dr. Blake-Beasley private political speech has inflicted both financial and emotional harm on her.

## COUNT II: RACE DISCRIMINATION IN PUBLIC SERVICES

### (TITLE VI OF THE CIVIL RIGHTS ACT OF 1964)
### (DEFENDANT CITY OF TULLAHOMA)

198. Plaintiff hereby reincorporates paragraphs 1-184 by reference.

199. Plaintiff has suffered severe, pervasive, and persistent harassment since the September 2025 social media attacks were lodged against her.

200. In September 2025, Plaintiff reported this harassment to the Tullahoma Police Department and sought protection.

201. Defendant Sergeant Weaver failed to properly file a police report after Plaintiff

showed up to the police station in person, gave a statement concerning the harassment, and corroborated her statement with documentation.

202. On a second occasion, two officers including Officer Cooley, came to Plaintiff' s house to once again take a report because of the ongoing harassment she was suffering.

203. The officers agreed that this appeared to be a harassment case, but they would need to confirm with the previous report taken the day prior.

204. However, these officers ultimately did not document Plaintiff's report.

205. Plaintiff subsequently received a call from Investigator Taylor asking if she would be available to meet.

206. Days later when the two met at Plaintiff's house, she was informed by Investigator Taylor that reports are filed for far less, and Plaintiff's race was the reason her reports were not being taken.

207. On information and belief, the import of Taylor's statement was that TPD's practice with regard to white people attempting to file reports for similar or lesser conduct is to document the reports.

208. On information and belief, TPD receives federal funding.

209. As a result of TPD's indifference, Plaintiff suffered continued harassment and could not turn to her local police department for help.

210. Plaintiff suffered emotional and financial injuries as a result of being denied access to the ability to file a police report and seek law enforcement protection from the significant private harassment she has experienced since September 2025.

## COUNT III: RACE DISCRIMINATION IN PROVISION OF PUBLIC SERVICES

### (42 U.S.C. § 1983 – FOURTEENTH AMENDMENT EQUAL PROTECTION)
### (DEFENDANTS CITY OF TULLAHOMA AND SERGEANT WEAVER)

211. Plaintiff hereby reincorporates paragraphs 1-184 by reference.

212. Plaintiff has suffered severe, pervasive, and persistent harassment since the September 2025 social media attacks were lodged against her.

213. In September 2025, Plaintiff reported this harassment to the Tullahoma Police Department and sought protection.

214. Defendant Sergeant Weaver failed to properly file a police report after Plaintiff showed up to the police station in person, gave a statement concerning the harassment, and corroborated her statement with documentation.

215. On a second occasion, two officers including Officer Cooley, came to Plaintiff' s house to once again take a report because of the ongoing harassment she was suffering.

216. The officers agreed that this appeared to be a harassment case, but they would need to confirm with the previous report taken the day prior.

217. However, these officers ultimately did not document Plaintiff's report.

218. Plaintiff subsequently received a call from Investigator Taylor asking if she would be available to meet.

219. Days later when the two met at Plaintiff's house, she was informed by Investigator Taylor that reports are filed for far less, and Plaintiff's race was the reason her reports were not being taken.

220. On information and belief, the import of Taylor's statement was that TPD's practice with regard to white people attempting to file reports for similar or lesser conduct is to document the reports.

221. On information and belief, given the public attention to Dr. Blake-Beasley and her situation circa September 2025, and the relatively small size of the Tullahoma community, the TPD police chief was aware of the situation and the reports Dr. Blake-Beasley was attempting to make and directed his subordinates to not take the report.

222. As a result of TPD's indifference, Plaintiff suffered continued harassment and could not turn to her local police department for help.

223. Plaintiff suffered emotional and financial injuries as a result of being denied access to the ability to file a police report and seek law enforcement protection from the significant private harassment she has experienced since September 2025.

## COUNT IV: RACE DISCRIMINATION IN EMPLOYMENT

### (TITLE VII OF THE CIVIL RIGHTS ACT OF 1964)
### (DEFENDANT TULLAHOMA CITY SCHOOLS)

224. Plaintiff hereby reincorporates paragraphs 1-184 by reference.

225. Defendant has discriminated against Dr. Blake-Beasley on account of her race for her social media comments about Mr. Kirk.

226. Dr. Blake-Beasley is a member of a protected class, in that she is black.

227. Dr. Blake-Beasley has performed her teaching job admirably, well in excess of the basic requisite standards.

228. Dr. Blake-Beasley was subjected to the reprimand letter, ostensibly because she used the term "FAFO" in a social media post.

229. Dr. Blake-Beasley's social media post was made on her personal time, on her personal device, on her personal account, and in her private capacity.

230. Defendant has allowed numerous white TCS employees to use inappropriate

language without consequence in a variety of circumstances – including both social media posts online, and in-person at school.

231. Defendant also permitted the white former Tullahoma City Schools principal to racially insult black students without any disciplinary consequence, and has likewise permitted white students to racially insult black students without consequence.

232. Defendant's discriminatory reprimand against Dr. Blake-Beasley was imposed in blatant, reckless, and intentional disregard of her federally protected rights.

233. Defendant's illegal reprimand has inflicted both financial and emotional harm on her.

### COUNT V: RETALIATION FOR COMPLAINING ABOUT DISPARATE TREATMENT IN EMPLOYMENT

### (TITLE VII OF THE CIVIL RIGHTS ACT OF 1964)
### (DEFENDANT TULLAHOMA CITY SCHOOLS)

234. Plaintiff hereby reincorporates paragraphs 1-184 by reference.

235. Dr. Blake-Beasley engaged in protected activity in her October 1, 2025 reprimand response to TCS, by expressing her observation that other TCS employees had made "inflammatory or politically charged public statements with no consequences."

236. Dr. Blake-Beasley's response letter was provided to TCS Director Stephens, thus bringing this protected activity to Defendant's attention.

237. TCS subsequently altered its classroom flag policy in a swift, procedurally-defective policy change to Dr. Blake-Beasley's detriment.

238. TCS has not uniformly enforced the new flag policy; rather, it has permitted some white TCS employees to fly non-conforming flags without consequence.'

239. TCS declined to fix the latch on the exterior door near Dr. Blake-Beasley's classroom despite multiple requests, and despite Dr. Blake-Beasley's concerns for her

own and her students' safety.

240. On information and belief, Dr. Blake-Beasley's reprimand response letter to TCS was a motivating factor for these adverse actions against her.

241. Defendant's retaliation against Dr. Blake-Beasley was imposed in blatant, reckless, and intentional disregard of her federally protected rights.

242. Defendant's illegal retaliation has inflicted both financial and emotional harm on her.

## COUNT VI: HOSTILE WORK ENVIRONMENT

### (TITLE VII OF THE CIVIL RIGHTS ACT OF 1964)
### (DEFENDANT TULLAHOMA CITY SCHOOLS)

243. Plaintiff hereby reincorporates paragraphs 1-184 by reference.

244. Dr. Blake-Beasley is a member of a protected class, in that she is black.

245. Dr. Blake-Beasley has been subjected to pervasive unwelcome harassment in her role as a TCS teacher.

246. The harassment against Dr. Blake-Beasley was motivated at least in part by her race.

247. The harassment has been so severe and pervasive that it has altered Dr. Blake-Beasley's conditions of employment and created an abusive working environment – one in which Dr. Blake-Beasley no longer feels physically safe.

248. Defendant has been well aware of the harassment and threats, but has refused to act – *i.e.*, by failing to take such basic measures as fixing the exterior door near Dr. Blake-Beasley's classroom to secure Tullahoma High School against outsiders coming in and, potentially, causing harm to Dr. Blake-Beasley and/or her students.

249. Defendant's response to this hostile work environment has been in blatant, reckless, and intentional disregard of Dr. Blake-Beasley's federally protected rights. Indeed, beyond mere "indifference" to the hostility she has experienced, TCS has tacitly supported it – *i.e.* with the reprimand letter, with the flag change policy, and with the prolonged failure to fix the broken exterior door.

250. Defendant's hostile work environment has inflicted both financial and emotional harm on Dr. Blake-Beasley.

## REQUEST FOR RELIEF

**WHEREFORE**, these premises considered, Plaintiffs pray:

1. That the Defendants Answer this Complaint within the time provided by law.
2. That this cause be tried by a jury.
3. That judgment for Plaintiff enter against the Defendants on each count.
4. That Plaintiff be awarded nominal, compensatory, and punitive damages against Defendants.
5. That Plaintiff be awarded attorney's fees and reasonable litigation expenses, including expert witness fees, pursuant to 42 U.S.C. § 1988 and F.R. Civ. Pro. 54(d).
6. That Plaintiff be awarded pre- and post- judgment interest.
7. That the court costs in this matter be taxed to Defendants.
8. That Plaintiff be awarded all other relief to which it may appear she is entitled in the interests of justice.

Respectfully submitted,

*s/ Kyle Mothershead*
Kyle Mothershead, BPR 22953
Relentless Advocacy, PLLC
7000 Executive Center Drive, Suite 240
Brentwood, TN 37027
T: (615) 891-3901 / F: (615) 229-6387
E: Kyle@relentlesslaw.com